UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

BRANDEN MICHAEL WIREMAN,

        Plaintiff,

v.

M. GUERIN et al.,

        Defendants.
_____/

Case No. 2:25-cv-210

Honorable Ray Kent

## ORDER OF TRANSFER

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Plaintiff is presently incarcerated at the Chippewa Correctional Facility in Kincheloe, Chippewa County, Michigan; however, the events giving rise to Plaintiff's action occurred at the Saginaw Correctional Facility (SRF) in Freeland, Saginaw County, Michigan. Plaintiff sues the following SRF staff: Assistant Deputy Warden M. Guerin, Warden A. Douglas, Resident Unit Manager Unknown Smith, Prison Counselor Unknown Perkins, and Captain Unknown Justice. (Compl., ECF No. 1, PageID.2.) In his *pro se* complaint, Plaintiff presents claims regarding his security classification and housing placement during his incarceration at SRF from December of 2024 to July of 2025. (*See id.*, PageID.3.)

Under the revised venue statute, venue in federal-question cases lies in the district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). The events underlying the complaint occurred in Saginaw County. Defendants are public officials serving in Saginaw County, and they "reside" in that county for purposes of venue over a suit challenging official acts. *See Butterworth v. Hill*, 114 U.S.

128, 132 (1885); *O'Neill v. Battisti*, 472 F.2d 789, 791 (6th Cir. 1972). Saginaw County is within the geographical boundaries of the Eastern District of Michigan. 28 U.S.C. § 102(a). In these circumstances, venue is proper only in the Eastern District of Michigan. Therefore:

**IT IS ORDERED** that this case be transferred to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1406(a). **It is noted that this Court has not decided Plaintiff's motion to proceed *in forma pauperis*, nor has the Court reviewed Plaintiff's complaint under 28 U.S.C. §§ 1915(e)(2), 1915A, or under 42 U.S.C. § 1997e(c).**

Dated:   September 11, 2025                        /s/ Ray Kent
                                                    Ray Kent
                                                    United States Magistrate Judge